Westlake Portfolio Manangement
Bankruptcy Department
Attn: Cindy Mosqueda
4751 Wilshire Blvd., Ste 100
Los Angeles, CA 90010
Phone (877)854-5688
FAX (323)954-4657

Creditor


UNITED STATES BANKRUPTCY COURT

Southern District Of Texas

|                          |   |                              |
|--------------------------|---|------------------------------|
| In re :                  | ) | Chapter 13                   |
|                          | ) |                              |
|   ANGELA JEAN LINDSEY     | ) | Case No.: No. 26-30203       |
|                          | ) |                              |
| Debtors.                 | ) | WITHDRAWAL OF Proof of Claim# |
|                          | ) | FILED ON 02/16/2026          |
|                          | ) | Date: No Hearing Scheduled   |
|                          | ) | Time:                        |
|                          | ) | Ctrm:                        |
|                          | ) |                              |
|                          | ) |                              |


**NOTICE IS HEREBY GIVEN THAT Automotive Credit Corporation (C/O Westlake Portfolio Manaagement**

hereby withdraws the proof of claim filed on 02/16/2026 for $10,778.12

The claim #4 was unintentionally filed in error.


Dated: 02/16/2026                              /s/ Cindy Mosqueda

_____

Cindy Mosqueda,
Bankruptcy Department
Westlake Portfolio Management